**Delancy SCOTT, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 75–1099.**

United States Court of Appeals, Eighth Circuit.

Submitted July 17, 1975.

Decided Aug. 1, 1975.

Rehearing Denied Aug. 22, 1975.

Certiorari Denied Jan. 12, 1976.

See 96 S.Ct. 796.

Thomas Wynne Morriss, St. Louis, Mo., filed brief for appellant.

Donald J. Stohr, U. S. Atty., and Richard E. Coughlin, Asst. U. S. Atty., St. Louis, Mo., filed brief for appellee.

Before GIBSON, Chief Judge, and LAY and STEPHENSON, Circuit Judges.

PER CURIAM.

Petitioner appeals from a denial of his post-conviction petition filed under 28 U.S.C. § 2255. The only issue raised on appeal relates to the proper authorization of special prosecuting attorneys appearing before a grand jury. This issue has recently been decided by this Court wherein we held that the authorization by the Attorney General was proper. See *United States v. Agrusa*, 8 Cir., 520 F.2d 370 (1975); *United States v. DiGirlomo*, 8 Cir., 520 F.2d 372 (1975) and *United States v. Wrigley*, 8 Cir., 520 F.2d 362 (1975).

The order denying the petition is affirmed.

**KING ARTHUR TOYOTA, INC., Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. 74–2241.**

United States Court of Appeals, Ninth Circuit.

Aug. 25, 1975.

James A. Carter, San Francisco, Cal., for petitioner.

Jay E. Shanklin, N. L. R. B., Washington, D. C., for repondent.

ORDER

Before MERRILL and HUFSTEDLER, Circuit Judges, and SMITH,* District Judge.

The order of the Board issued June 28, 1974, and reported at 212 N.L.R.B. No. 42, is enforced in full.

---

* Honorable Russell E. Smith, Chief United States District Judge for the District of Montana, sitting by designation.